IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:17CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| EUVIE ANN NORDLAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue defendant's sentencing statement and sentencing hearing (filing no. 40) is granted.

(2) The defendant's sentencing statement and/or motion for variance or departure are due on or before April 12, 2018.

(3) The defendant's sentencing is continued to Tuesday, May 1, 2018, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 16th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge