IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:17CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| EUVIE ANN NORDLAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue defendant's sentencing statement and sentencing hearing (filing no. 42) is granted.

(2) The defendant's sentencing statement and/or motion for variance or departure shall be filed by close of business on May 29, 2018.

(3) The defendant's sentencing is continued to Wednesday, June 13, 2018, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Fifth Floor, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 12th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge